GILBERT HAAS, Appellant, *v.* MAURICE WERTHEIM et al., Copartners under the Name of WERTHEIM & Co., Respondents.

Argued May 22, 1944; decided July 19, 1944.

*Frederick E. Crane, Alvin C. Cass* and *Jacques W. Bacal* for appellant.

*Raphael H. Weissman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEHMAN, Ch. J.